UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Linda Vasti.,

               Plaintiff,                                        04 CV2827(SCR)

              -against-                                        **ORDER**

Hartford Life Insurance Co.,

               Defendants.
------------------------------------------------------------x

Robinson, J.

      The Court having ordered on January 6, 2005 that the Plaintiff file an Amended Complaint by January 28, 2005, and that no Amended Complaint has since been filed, it is hereby,

      ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party.

So Ordered:

_____
United States District Judge

Dated: March 21, 2005
       White Plains, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____